# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| United States of America<br>v.<br>Ildefonso Dominguez Maro,<br>a.k.a.: Juan Cantun Cota,<br>a.k.a.: Juan Cantu Cota,<br>a.k.a.: Armando Comacho,<br>(A029 554 318)<br>*Defendant* | Case No. 17-375 MJ |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of May 22, 2013, in the County of Maricopa, in the District of Arizona, the defendant violated Title 8, U.S.C. § 1326(a), an offense described as follows:

Ildefonso Dominguez Maro, an alien, was found in the United States of America at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near San Ysidro, California, on November 26, 2010, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), and enhanced by (b)(1). I further state that I am a Deportation Officer.

This criminal complaint is based on these facts: **See Attached Statement of Probable Cause Incorporated By Reference Herein**

REVIEWED BY: AUSA Amy Brown for AUSA Cassie Bray Woo

☒ Continued on the attached sheet.

*Complainant's signature*

Richard G. Prunty,
Deportation Officer
*Printed name and title*

Sworn to before me and signed telephonically.

Date: September 4, 2017 @ 1506 HRs

*Judge's signature*
Honorable Michelle H. Burns,
United States Magistrate Judge
*Printed name and title*

City and state: Phoenix, Arizona

## STATEMENT OF PROBABLE CAUSE

I, Richard G. Prunty, being duly sworn, hereby depose and state as follows:

1. Your affiant is a Deportation Officer with United States Immigration and Customs Enforcement (ICE). I have learned from direct participation in the investigation and from the reports and communications of other agents and officers the facts recited herein.

2. On May 22, 2013, Ildefonso Dominguez Maro was booked into the Maricopa County Jail (MCJ) intake facility by the Maricopa County Sheriff's Office, on local charges. While incarcerated at the MCJ, Dominguez Maro was examined by ICE Officer W. Evans who determined him to be a Mexican citizen, illegally present in the United States. On the same date, an immigration detainer was lodged with the MCJ. On September 1, 2017, Dominguez Maro was released from the Arizona Department of Corrections and transported to the Phoenix ICE office for further investigation and processing. Dominguez Maro was held in administrative custody until his criminal and immigration records could be obtained and his identity confirmed.

3. Immigration history checks revealed Ildefonso Dominguez Maro to be a citizen of Mexico and a previously deported criminal alien. Dominguez Maro was removed from the United States to Mexico through San Ysidro, California, on November 26, 2010,

1

pursuant to the reinstatement of an order of removal issued by an immigration official. There is no record of Dominguez Maro in any Department of Homeland Security database to suggest that he obtained permission from the Secretary of the Department of Homeland Security to return to the United States after his removal. Dominguez Maro's immigration history was matched to him by electronic fingerprint comparison.

4. Criminal history checks revealed that Ildefonso Dominguez Maro was convicted of Sale of Narcotic Drugs, a felony offense, on March 7, 2000, in the Superior Court of Arizona, Maricopa County. Dominguez Maro was sentenced to seven (7) years' probation. Dominguez Maro's criminal history was matched to him by electronic fingerprint comparison.

5. On September 1, 2017, Ildefonso Dominguez Maro was advised of his constitutional rights. Dominguez Maro freely and willingly acknowledged his rights and declined to make any further statements.

6. For these reasons, this affiant submits that there is probable cause to believe that on or about May 22, 2013, Ildefonso Dominguez Maro, an alien, was found in the United States of America at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near San Ysidro, California, on or about November 26, 2010, and not having obtained the express consent of the Secretary of the Department of Homeland Security

to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), and enhanced by (b)(1).

_____
Richard G. Prunty,
Deportation Officer,
Immigration and Customs Enforcement

Sworn to and subscribed telephonically
this 4th day of September, 2017.

_____
Michelle H. Burns,
United States Magistrate Judge